CAMILLE F. SCHNEIDER v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

HARRY H. LANG v. MILDRED H. HEXTER et al., as Executors of PERCY K. HEXTER, Deceased, et al. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ELIZABETH J. ROWE, as Administratrix of the Estate of ELEANOR CONGO, Deceased, v. CASHMAN LAUNDRY CORP. et al.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

SARAH A. BERKOW et al. v. EDWARD S. LITTLE et al., Individually, and as Copartners under the Firm Name of STEMMLER & Co. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ANNA E. PROVOST v. DANIEL E. PROVOST.— Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

ANNA E. PROVOST v. DANIEL E. PROVOST.— Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

NORMAN E. RECK v. SAMUEL ZARNOCAY.— Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

JOHN RINTEL v. DAIRYMEN'S LEAGUE COOPERATIVE ASSOCIATION, INC.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

EUGENE REINHART v. GEROSA CRANE SERVICE COMPANY, INC.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

JOSEPH BREEN, INC., v. BRITTANY CONSTRUCTION CORP.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

(OCTOBER 28, 1942.)

In the Matter of VERINDA BROWN, Respondent. MAJOR J. DIVINE, Appellant. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See *ante*, p. 802.]